# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2957
LT Case No. 2019-CA-3310

_____

PETER ALLEN ANDERSON,

    Appellant,

    v.

SEMINOLE COUNTY, FLORIDA, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Gary L. Sweet, Judge.

Peter Allen Anderson, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessica Schwieterman and Samantha-Josephine Baker, Assistant Attorneys General, Tampa, for Appellees.

April 9, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————